**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LUNAVI, INC., a Wyoming corporation; GREEN HOUSE DATA, INC., a Wyoming corporation,<br><br>Defendants. | Civil Action No.<br><br><br>DEMAND FOR JURY TRIAL |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Switch, Ltd. ("Switch") files this Complaint against Lunavi, Inc., formerly known as Green House Data, Inc. ("Green House" and together with Lunavi, Inc., "Lunavi"), for patent infringement under 35 U.S.C. § 271 and alleges as follows:

**THE PARTIES**

1.      "Switch is a limited liability company organized and existing under the laws of the State of Nevada, and maintains its principal place of business at 7135 S. Decatur Boulevard, Las Vegas, Nevada.

2.      Defendant Lunavi, Inc. is a corporation organized and existing under the laws of Wyoming. Lunavi, Inc.'s principal place of business is located at 340 Progress Circle, Cheyenne, WY 82007.  Lunavi, Inc. has a regular and established place of business at 1 Ramland Rd, Orangeburg, NY 10962.  At its data center locations, such as the one it operates in Orangeburg, New York, Lunavi, Inc. makes, uses, sells, offers to sell, and/or imports facilities and/or structures for managing heat that are accused of infringement in this case.

- 1 -

KILPATRICK TOWNSEND 74518470 1

3.      Defendant Green House Data, Inc. was a corporation organized and existing under the laws of Wyoming. Green House's principal place of business was located at 340 Progress Circle, Cheyenne, WY 82007. Green House had a regular and established place of business at 1 Ramland Rd, Orangeburg, NY 10962. At its data center locations, such as the one it operated in Orangeburg, New York, Green House made, used, sold, offered to sell, and/or imported facilities and/or structures for managing heat that are accused of infringement in this case.

4.      To Switch's knowledge and belief, Green House entered into a transaction with Deliveron whereby Green House merged with or acquired Deliveron and rebranded under the name Lunavi, Inc.. For all intents and purposes and for avoidance of doubt, all allegations asserted in this Complaint against Lunavi, Inc. are also asserted against Green House.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the patent laws of the United States of America, 35 U.S.C. §§ 1, *et seq.* The Court has subject matter jurisdiction pursuant to 35 U.S.C. §§ 1331 and 1338(a).

6.      This Court has personal jurisdiction over Lunavi at least because Lunavi has committed acts of patent infringement within the Southern District of New York where it maintains a regular and established place of business.

7.      On information and belief, Lunavi, either directly or indirectly through subsidiaries or intermediaries, makes, uses, sells, offers to sell, and/or imports structures that directly infringe one or more claims of the Asserted Patents in the Southern District of New York. For example, on information and belief, Lunavi made and currently uses infringing structures and facilities in and from their business address located at 1 Ramland Rd, Orangeburg, NY 10962. Lunavi has thus committed acts of patent infringement within this District.

- 2 -

8.      Venue is also proper as to Lunavi under 28 U.S.C. § 1400(b) at least because the Defendant has committed acts of patent infringement within this District and maintains a regular and established place of business within the District, including at 1 Ramland Rd, Orangeburg, NY 10962.

## BACKGROUND

9.      Data centers are the physical infrastructure behind the World Wide Web. The Internet physically exists in data centers.

10.     Switch is the world's leading technology infrastructure system, whose core business is the design, construction and operation of the most advanced and sustainable data centers on the planet.

11.     Switch's inventor, founder and CEO has been praised as the world's most advanced data center designer, and Switch's facilities have received numerous accolades for their operational and aesthetic design. Two of Switch's data centers are the only carrier-neutral colocation facilities in the world to be certified Tier IV Design, Tier IV Facility and Tier IV Gold in Operational Excellence by the Uptime Institute; Switch is the world's only Tier 5 Platinum Data Center in the world; Switch is the only company recognized by Greenpeace in its last Clicking Clean report as having a 100% clean energy index; and Switch has been ranked as the World's No. 1 cloud campus by industry publication Data Center Frontier.[1]

12.     Switch facilities provide state of the art power and cooling efficiencies and redundancies to power, cool, connect and protect the internet, without interruption and at dramatically lower costs. Some of these services are measured with an efficiency score the data center industry refers to as a power usage effectiveness (the "PUE"). Switch's data centers offer

---

[1] See http://datacenterfrontier.com/top-10-cloud-campuses/.

the industry's lowest PUE at the lowest costs with the highest cabinet densities. This is largely due to Switch's various intellectual properties, including hundreds of patented and patent pending claims, designs, and technologies.

13.    Switch's patented technologies have revolutionized data center space cooling to allow customers to deploy up to 30-50 KW per rack. In other words, Switch's solutions allow up to **ten times** the traditional server density at less cost.

14.    Switch offers various technologies including its 100% Hot Aisle Containment solution (the "Chimney Pod").  Summarily, the Chimney Pod completely segregates the hot air behind the servers, away from the air being cooled.

15.    Switch's patented cooling solution—protected by United States Patent Nos. 8,523,643 (the "'643 Patent"), 9,788,455 (the "'455 Patent"), 10,178,796 (the "'796 Patent") and 10,356,939 (the "'939 Patent") asserted herein (collectively, the "Asserted Patents" as further defined herein)—enables cooling of drastically higher power levels that significantly exceed those of traditional data centers. The ability to handle these increased densities allows for deployment of more power on less space, driving a higher return on capital.

## THE ASSERTED PATENTS

16.    On September 3, 2013, the United States Patent and Trademark Office duly and legally issued the '643 Patent to Switch Communications Group LLC entitled Electronic Equipment Data Center or Co-Location Facility Designs and Methods of Making and Using the Same," attached as **Exhibit A**. Switch is the owner of all rights, title, and interest in the '643 Patent.

17.    On October 10, 2017, the United States Patent and Trademark Office duly and legally issued the '455 Patent to Switch entitled Electronic Equipment Data Center or Co-Location Facility Designs and Methods of Making and Using the Same," attached as **Exhibit B**.

- 4 -

18.     On January 8, 2019, the United States Patent and Trademark Office duly and legally issued the '796 Patent to Switch entitled Electronic Equipment Data Center or Co-Location Facility Designs and Methods of Making and Using the Same," attached as **Exhibit C**.

19.     On July 16, 2019, the United States Patent and Trademark Office duly and legally issued the '939 Patent to Switch entitled Electronic Equipment Data Center or Co-Location Facility Designs and Methods of Making and Using the Same," attached as **Exhibit D**.

20.     All issued patents as described in Exhibits A-D and as set forth in this section shall be collectively referred to herein as the "Asserted Patents".

21.     Switch owns all rights, title, and interest in and to the Asserted Patents, including the authority to bring suit to enforce the Asserted Patents, and accordingly possesses all rights of recovery.

## FACTUAL ALLEGATIONS

22.     Lunavi builds its facilities in a modular fashion intentionally to copy and mimic Switch's physical infrastructure, including, for example, the heat containment cabinet layout that creates a fully contained hot aisle between parallel rows of cabinets with Chimney Pods above the cabinets, and the Exterior Wall Penetrating HVAC systems, both of which are included in the Asserted Patents.

23.     On March 11, 2020, after learning of Lunavi's unauthorized infringement of Switch's Asserted Patents, Switch sent a letter to Shawn Mills, CEO of Lunavi, to put Lunavi on notice of Lunavi's infringement of Switch's rights and informing Lunavi of Switch's willingness to explore licensing of its patented technology. The letter specifically identified the '643 Patent, '455 Patent, and '796 Patents.

24.     Despite Switch's significant effort to avoid litigation on this issue, Lunavi has

- 5 -

declined to license Switch's patented technology or cease its unauthorized infringement of Switch's patented technology.

25. In or about September of 2020, Switch discovered that Green House had rebranded itself as Lunavi, Inc. following, on information and belief, a merger/acquisition with Deliveron, LLC, a Nebraska limited liability company, and/or Deliveron Consulting Services, Inc., a Nebraska corporation, both having a principal office address at 11516 Miracle Hills Drive, Suite 201, Omaha, Nebraska 68154.

## CAUSES OF ACTION

### Count I: Infringement of U.S. Patent No. 10,356,939

26. Switch repeats and realleges the allegations contained in paragraphs 1-25 above.

27. On information and belief, Defendant directly or through subsidiaries or intermediaries under its direction and control, makes, uses, sells, offers to sell, and/or imports structures that infringe one or more claims of the '939 Patent, literally and/or under the doctrine of equivalents.

28. Lunavi infringes at least one claim of the '939 patent. For example, Claim 1 of the '939 patent recites the following limitations:

1. A structure for managing heat emitted by electronic equipment disposed within a room having a ceiling, comprising:

at least one cluster of cabinets formed by two separated rows of cabinets such that the rows of cabinets are positioned in a cabinet back to cabinet back configuration to form a hot aisle enclosure area, such that electronic equipment located within the cabinets generate heated air which is emitted from the cabinets into the hot aisle enclosure area and a front side of the cabinets faces a cold aisle, such that air in the cold aisle is at a temperature that is less than air in the hot

- 6 -

aisle enclosure area;

a plurality of support brackets disposed along each of the two rows of the at least one cluster of cabinets;

at least one closure element located at an end of the rows of cabinets, such that the at least one closure element is perpendicular to the two separated rows, and the at least one closure element in combination with the two separated rows of cabinets establishing the hot aisle enclosure area;

a thermal shield comprising a plurality of panels extending upward from the top of the cabinets to form a hot air path above the hot aisle enclosure area, a portion of the plurality of panels supported by the support brackets, plurality of panels forming a contiguous wall above the two separated rows of cabinets that surrounds the hot air path to cause substantially all of the heated air bounded by the two separated rows and the at least one closure element to be contained within the hot aisle enclosure area and the hot air path, such that the heated air rises from the hot aisle enclosure area, through the hot air path, and above the top edge of the thermal shield,

and, an air conditioning system delivering cold air to the cold aisle through a cold air duct.

29.     The promotional photograph below from Lunavi's website shows how Lunavi places its servers (i.e., electronic equipment) within clusters of cabinets each of which has a thermal shield (including the semi-transparent panels supported by black brackets visible in the photograph) extending upward from the top of the cabinets:

- 7 -

- 8 -



Source: https://www.lunavi.com/data-center/colocation-services (last visited Nov. 17, 2020).

30.    As shown with greater detail in, for example, the promotional materials (below) for Lunavi's Cheyenne, Wyoming data center (published by Lunavi while formerly known as Green House Data), Lunavi's data centers arrange cabinets into structures for managing heat emitted by electronic equipment within the cabinets, wherein cabinet clusters are formed from two separated rows of cabinets, with a perpendicular closure element located at an end of the two rows to establish a "hot aisle" enclosure area within the cabinet cluster through which hot air is vented from the electronic equipment (as depicted with the red arrows below):

KILPATRICK TOWNSEND 74518470 1



Green House Data - Cheyenne 2 Data Center Facility

10,632 views • Nov 25, 2014    👍 12    👎 1    → SHARE    ≡+ SAVE    •••

Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 2:35 (last visited Nov. 3, 2020).

31.    As alleged above, Lunavi's data centers also include an air conditioning system delivering cold air to the cold aisle (see blue arrows and annotations above) outside of each cluster of cabinets through a cold air duct.

32.    As also shown in the image above, the thermal shield above the cabinets forms a path through which hot air from the hot aisle rises as shown by the red arrows in the figure.

33.    The electronic equipment within the cabinets is shown more clearly in the image below from the same promotional video:

- 9 -



Green House Data - Cheyenne 2 Data Center Facility

10,632 views • Nov 25, 2014

Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 1:34 (last visited Nov. 3, 2020).

34.    Thus, Lunavi's Cheyenne, Wyoming data center, for example, infringes claim 1 of the '939 patent also because it includes structures for managing heat emitted by electronic equipment disposed within a room having a ceiling, comprising at least one cluster of cabinets formed by two separated rows of cabinets such that the rows of cabinets are positioned in a cabinet back to cabinet back configuration to form a hot aisle enclosure area, such that electronic equipment (e.g., servers) located within the cabinets generate heated air which is emitted from the cabinets into the hot aisle enclosure area and a front side of the cabinets faces a cold aisle, such that air in the cold aisle is at a temperature that is less than air in the hot aisle enclosure area; a plurality of support brackets (e.g., the frame elements for the panels above the cabinets) disposed along each of the two rows of the at least one cluster of cabinets; at least one closure element located at an end of the rows of cabinets (i.e., the wall with door perpendicular to the two parallel

- 10 -

rows of cabinets), such that the at least one closure element is perpendicular to the two separated rows, and the at least one closure element in combination with the two separated rows of cabinets establishing the hot aisle enclosure area (i.e., the space formed within the cabinet enclosure where the cabinets emit the hot air from the electronic equipment); a thermal shield comprising a plurality of panels (the semi-transparent panels in both the figure and photograph) extending upward from the top of the cabinets to form a hot air path above the hot aisle enclosure area, a portion of the plurality of panels supported by the support brackets, the plurality of panels forming a contiguous wall above the two separated rows of cabinets that surrounds the hot air path to cause substantially all of the heated air bounded by the two separated rows and the at least one closure element to be contained within the hot aisle enclosure area and the hot air path, such that the heated air rises from the hot aisle enclosure area, through the hot air path, and above the top edge of the thermal shield (shown with red arrows in Lunavi's promotional materials), and, an air conditioning system delivering cold air to the cold aisle through a cold air duct (shown with blue arrows in Lunavi's promotional materials).

35.     As shown in the image below, Lunavi's Orangeburg, New York data center similarly infringes claim 1 of the '939 patent:

- 11 -



Source: https://www.youtube.com/watch?v=geCjQN-zeDk at 1:57 (last visited Nov. 3, 2020).

36.    Lunavi's Orangeburg, New York data center infringes claim 1 of the '939 patent because it includes structures for managing heat emitted by electronic equipment disposed within a room having a ceiling, comprising at least one cluster of cabinets formed by two separated rows of cabinets such that the rows of cabinets are positioned in a cabinet back to cabinet back configuration to form a hot aisle enclosure area, such that electronic equipment (e.g., servers) located within the cabinets generate heated air which is emitted from the cabinets into the hot aisle enclosure area and a front side of the cabinets faces a cold aisle, such that air in the cold aisle is at a temperature that is less than air in the hot aisle enclosure area; a plurality of support brackets (i.e., the frame elements for the panels above the cabinets) disposed along each of the two rows of the at least one cluster of cabinets (i.e., the wall with door perpendicular to the two parallel rows of cabinets); at least one closure element located at an end of the rows of cabinets, such that the at least one closure element is perpendicular to the two separated rows, and the at least one closure element in combination with the two separated rows of cabinets establishing the hot aisle enclosure

- 12 -

area (i.e., the space formed within the cabinet enclosure where the cabinets emit the hot air from the electronic equipment); a thermal shield comprising a plurality of panels extending upward from the top of the cabinets to form a hot air path above the hot aisle enclosure area, a portion of the plurality of panels supported by the support brackets, plurality of panels forming a contiguous wall above the two separated rows of cabinets that surrounds the hot air path to cause substantially all of the heated air bounded by the two separated rows and the at least one closure element to be contained within the hot aisle enclosure area and the hot air path, such that the heated air rises from the hot aisle enclosure area, through the hot air path, and above the top edge of the thermal shield, and, an air conditioning system delivering cold air to the cold aisle through a cold air duct.

37.    Accordingly, Lunavi's data centers include structures that meet each and every element of at least one claim of the '939 patent either literally or under the doctrine of equivalents.

38.    Lunavi has had knowledge and notice of the '939 Patent and its infringement since at least the filing and service of the Complaint, and despite this knowledge continues to commit the aforementioned infringing acts.

39.    On information and belief, Lunavi also had pre-suit knowledge and notice of the '939 Patent and its infringement because Switch specifically identified earlier issued members of the same patent family in its March 11, 2020 letter to Lunavi, and Lunavi's outside counsel spent several months reviewing Switch's patents.

40.    Lunavi's past and continued acts of infringement of the '939 Patent have caused damages to Switch.  Thus, Switch is entitled to recover damages from Lunavi in an amount to be determined at trial, including but not limited to lost profits, but in no event less than a reasonable royalty for Lunavi's infringement together with interest and costs as fixed by the Court pursuant to 35 U.S.C. § 284.

- 13 -

41.    Upon information and belief, such infringement has been, and will continue to be willful, and upon further belief, Lunavi lacks any reasonable invalidity or non-infringement defense making this case exceptional and entitling Switch to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

42.    Defendant's ongoing infringement of the '939 patent has caused and will continue to cause irreparable harm to Switch unless and until the Court enters an injunction prohibiting the Defendant from engaging in further acts of infringement.

## Count II: Infringement of U.S. Patent No. 10,178,796

43.    Switch repeats and realleges the allegations contained in paragraphs 1-42 above.

44.    On information and belief, Defendant either directly or indirectly through subsidiaries or intermediaries under its direction and control, makes, uses, sells, offers to sell, and/or imports structures that infringe one or more claims of the '796 Patent, literally and/or under the doctrine of equivalents.

45.    Lunavi's data centers infringe at least one claim of the '796 patent. For example, Claim 12 of the '796 patent recites the following limitations:

12. A structure for managing heat emitted by electronic equipment comprising:

at least one cluster of cabinets disposed in two separated rows of cabinets are positioned in a back-to-back configuration to establish a hot aisle enclosure area between the two separated rows of cabinets and a front side of the cabinets establishes a portion of a cold aisle;

electronic equipment disposed in the cabinets to emit heated air from the cabinets into the hot aisle enclosure area;

a thermal shield extending upward from the cabinets to form a hot air area by providing a contiguous wall at a height above the two separated rows of cabinets to trap heated air within the

- 14 -

hot air area and the hot aisle enclosure area and cause substantially all of the heated air between the cabinets to be contained within the hot air area and the hot aisle enclosure area;

a warm air path disposed above the hot air area, the warm air path allowing heated air to flow from the hot air area to one or more air conditioning systems;

a cool air path between the one or more air conditioning systems and the cold aisle, the cool air path delivering cool air from the air conditioning system to the cold aisle; and

one or more support brackets disposed along each of the two separated rows of the at least one cluster of cabinets which support the thermal shield.

46.    The promotional photograph below from Lunavi's website shows how Lunavi places its servers (i.e., electronic equipment) within clusters of cabinets configured in back-to-back rows each of which has a thermal shield (including the semi-transparent panels supported by black brackets visible in the photograph) extending upward from the top of the cabinets:



Source: https://www.lunavi.com/data-center/colocation-services (last visited Nov. 17, 2020).

47.    As shown with greater detail in, for example, the promotional materials (below) for

- 15 -

Lunavi's Cheyenne, Wyoming data center (published by Lunavi while formerly known as Green House Data), Lunavi's data centers arrange cabinets into structures for managing heat emitted by electronic equipment within the cabinets, wherein cabinet clusters are formed from two separated rows of cabinets, to establish a "hot aisle" enclosure area within the cabinet cluster through which hot air is vented from the electronic equipment (as depicted with the red arrows below):



Green House Data - Cheyenne 2 Data Center Facility

10,632 views • Nov 25, 2014

Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 2:35 (last visited Nov. 3, 2020).

48.    As shown above, Lunavi's data centers also include a warm air path allowing heated air to flow to an air conditioning system delivering cool air to the cold aisle (see blue arrows and annotations above) outside of each cluster of cabinets through a cold air path.

49.    As also shown in the image above, the thermal shield above the cabinets forms a path through which hot air from the hot aisle rises as shown by the red arrows in the figure.

50.    The electronic equipment within the cabinets is shown more clearly in the image below from the same promotional video:

- 16 -



Green House Data - Cheyenne 2 Data Center Facility

10,632 views • Nov 25, 2014

Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 1:34 (last visited Nov. 3, 2020).

51.    The images below shows support brackets along the rows which support the thermal shield:



- 17 -



Source: https://www.youtube.com/watch?v=yhsHmtW5QFw at 0:00 to 0:04 (last visited November 3, 2020).

52.     Thus, Lunavi's Cheyenne, Wyoming data center, for example, infringes claim 12 of the '796 patent because it includes structures for managing heat emitted by electronic equipment with clusters of cabinets disposed in two separated rows of back-to-back cabinets to form a hot aisle enclosure area, with electronic equipment (e.g., servers) located within the cabinets that generate heated air which is emitted from the cabinets into the hot aisle enclosure area and a front side of the cabinets faces a cold aisle; a thermal shield (the semi-transparent panels in both the figure and photograph) extending upward from the top of the cabinets to form a hot air area above the hot aisle enclosure area, forming a contiguous wall above the two separated rows of cabinets that surrounds the hot air area to cause substantially all of the heated air between the cabinets to be contained within the hot aisle enclosure area and the hot air area; a warm air path disposed above the hot air area, the warm air path allowing heated air to flow from the hot air area to one or more air conditioning systems (shown with red arrows in Lunavi's promotional materials); a cool air path between the one or more air conditioning systems and the cold aisle, the cool air path delivering cool air from the air conditioning system to the cold aisle (shown with blue arrows in

- 18 -

Lunavi's promotional materials); a plurality of support brackets (e.g., the frame elements for the panels above the cabinets) disposed along each of the two rows of the at least one cluster of cabinets which support the thermal shield.

53.     As shown in the image below, Lunavi's Orangeburg, New York data center similarly practices claim 12 of the '796 patent:



Source: https://www.youtube.com/watch?v=geCjQN-zeDk at 1:57 (last visited Nov. 3, 2020).

54.     Lunavi's Orangeburg, New York data center infringes claim 12 of the '796 patent because it includes structures for managing heat emitted by electronic equipment comprising at least one cluster of cabinets disposed in two separated rows such that the two separated rows of cabinets are positioned in back-to-back configuration to establish a hot aisle enclosure area between the two separated rows of cabinets; electronic equipment (e.g., servers) located within the cabinets generate heated air which is emitted from the cabinets into the hot aisle enclosure area (i.e., the space formed within the cabinet enclosure where the cabinets emit the hot air from the

KILPATRICK TOWNSEND 74518470 1

electronic equipment) and a front side of the cabinets establishes a portion of a cold aisle; a thermal shield extending upward from the cabinets to form a hot air area above the hot aisle enclosure area by providing a contiguous wall at a height above the two separated rows of cabinets to trap heated air within the hot air area and the hot aisle enclosure area and cause substantially all of the heated air between the cabinets to be contained within the hot air area and the hot aisle enclosure area; a warm air path disposed above the hot air area, the warm air path allowing heated air to flow from the hot air area to one or more air conditioning systems; a cool air path between the one or more air conditioning systems and the cold aisle, the cool air path delivering cool air from the air conditioning system to the cold aisle; and one or more support brackets (i.e., the frame elements for the panels above the cabinets) disposed along each of the two separated rows of the at least one cluster of cabinets (i.e., the wall with door perpendicular to the two parallel rows of cabinets) which support the thermal shield.

55.    Accordingly, Lunavi's data centers include structures that meet each and every element of at least one claim of the '796 patent, either literally or under the doctrine of equivalents.

56.    Lunavi has had knowledge and notice of the '796 Patent and its infringement since at least the filing and service of the Complaint, and despite this knowledge continues to commit the aforementioned infringing acts.

57.    On information and belief, Lunavi also had pre-suit knowledge and notice of the '796 Patent and its infringement because Switch specifically identified the patent in its March 11, 2020 letter to Lunavi, and Lunavi's outside counsel spent several months reviewing Switch's patents.

58.    Lunavi's past and continued acts of infringement of the '796 Patent have caused damages to Switch.  Thus, Switch is entitled to recover damages from Lunavi in an amount to be

- 20 -

determined at trial, including but not limited to lost profits, but in no event less than a reasonable royalty for Lunavi's infringement together with interest and costs as fixed by the Court pursuant to 35 U.S.C. § 284.

59.    Upon information and belief, such infringement has been, and will continue to be willful, and upon further belief, Lunavi lacks any reasonable invalidity or non-infringement defense making this case exceptional and entitling Switch to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

60.    Defendant's ongoing infringement of the '796 patent has caused and will continue to cause irreparable harm to Switch unless and until the Court enters an injunction prohibiting the Defendant from engaging in further acts of infringement.

### Count III: Infringement of U.S. Patent No. 9,788,455

61.    Switch repeats and realleges the allegations contained in paragraphs 1-60 above.

62.    On information and belief, Defendant either directly or indirectly through subsidiaries or intermediaries under its direction and control, makes, uses, sells, offers to sell, and/or imports structures that infringe one or more claims of the '455 Patent, literally and/or under the doctrine of equivalents.

63.    Lunavi's data centers infringe at least one claim of the '455 patent. For example, Claim 1 of the '455 patent recites the following limitations:

1. A facility for maintaining electronic equipment disposed in at least one cluster of cage cabinets at a cool temperature using a plurality of air conditioning units, the at least one cluster of cage cabinets positioned in a back-to-back configuration in two separated rows so that the electronic equipment disposed therein emit heated air in a predetermined direction from the cage cabinets to establish a hot aisle enclosure area between the two separate rows of cage cabinets, and

- 21 -

KILPATRICK TOWNSEND 74518470 1

an opposite side of the cage cabinets each establishing a cold aisle, the plurality of air conditioning units receiving heated air and emitting cooled air, the facility comprising:

a floor on which the plurality of cage cabinets are disposed, wherein the at least one cluster of cage cabinets is disposed in the two separated rows to establish the hot aisle enclosure area, the floor being within a space that has walls that define a room;

a plurality of support brackets disposed along each of the two rows of the at least one cluster of cage cabinets, so that a portion of each of the support bracket is disposed above the at least one cluster of cage cabinets;

a thermal shield supported by the portion of at least some of the plurality of support brackets, the thermal shield providing a contiguous wall around a hot air area above the hot aisle enclosure area at a height above the two separated rows of cage cabinets to define a warm exhaust channel that traps the heated air within the hot aisle enclosure area and causes substantially all the heated air within the hot aisle enclosure area to rise up within the warm exhaust channel, wherein the contiguous wall fully surrounds the hot aisle enclosure area from above the at least one cluster of cage cabinets;

a warm air escape channel disposed above the warm exhaust channel, the warm air escape channel feeding the heated air to the plurality of air conditioning units, wherein the warm air escape channel is bounded at a bottom by a ceiling that provides a barrier to prevent the heated air from passing therebelow, wherein an opening exists in the ceiling corresponding to the warm exhaust channel through which the heated air passes, and wherein a top edge of the thermal shield extends from the ceiling to the cage cabinets to further prevent the heated air from escaping; and

a cool air channel that connects between the air conditioning system and the cold aisle, the cool air channel delivering cool air from the plurality of air conditioning units to the cool aisle.

- 22 -

64.     The promotional photograph below from Lunavi's website shows how Lunavi maintains servers (i.e., electronic equipment) within clusters of cabinets configured in two separated back-to-back rows each of which has a thermal shield (including the semi-transparent panels supported by black brackets visible in the photograph) and support brackets extending upward from the top of the cabinets:



Source:   https://www.lunavi.com/data-center/colocation-services (last visited Nov. 17, 2020).

65.     As shown with greater detail in, for example, the promotional materials (below) for Lunavi's Cheyenne, Wyoming data center (published by Lunavi while formerly known as Green House Data), Lunavi's data centers arrange cabinets into structures for managing heat emitted by electronic equipment within the cabinets, wherein cabinet clusters are formed from two separated rows of cabinets, to establish a "hot aisle" enclosure area within the cabinet cluster through which hot air is vented from the electronic equipment (as depicted with the red arrows below):

- 23 -



Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 2:35 (last visited Nov. 3, 2020).

66.     As shown above, Lunavi's data centers also include a warm air escape channel allowing heated air to flow to an air conditioning system delivering cool air to the cold aisle (see blue arrows and annotations above) outside of each cluster of cabinets through a cold air channel.

67.     As also shown in the image above, the thermal shield above the cabinets forms a warm air exhaust channel through which hot air from the hot aisle rises as shown by the red arrows in the figure.

68.     The electronic equipment within the cabinets is shown more clearly in the image below from the same promotional video:

- 24 -



Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 1:34 (last visited Nov. 3, 2020).

69.    The images below show further evidence of support brackets along the rows which support the thermal shield:



- 25 -



Source: https://www.youtube.com/watch?v=yhsHmtW5QFw at 0:00 to 0:04 (last visited November 3, 2020).

70.    Thus, Lunavi's Cheyenne, Wyoming data center, for example, infringes claim 1 of the ' 455 patent because it includes a facility for maintaining electronic equipment (e.g., servers) disposed in at least one cluster of cage cabinets at a cool temperature using a plurality of air conditioning units, the at least one cluster of cage cabinets positioned in a back-to-back configuration in two separated rows so that the electronic equipment disposed therein emit heated air in a predetermined direction from the cage cabinets to establish a hot aisle enclosure area between the two separate rows of cage cabinets, and an opposite side of the cage cabinets each establishing a cold aisle, the plurality of air conditioning units receiving heated air and emitting cooled air, the facility comprising: a floor on which the plurality of cage cabinets are disposed, wherein the at least one cluster of cage cabinets is disposed in the two separated rows to establish the hot aisle enclosure area, the floor being within a space that has walls that define a room; a plurality of support brackets (e.g., the frame elements for the panels above the cabinets) disposed along each of the two rows of the at least one cluster of cage cabinets, so that a portion of each of the support bracket is disposed above the at least one cluster of cage cabinets; a thermal shield (the

- 26 -

semi-transparent panels in both the figure and photograph) supported by the portion of at least some of the plurality of support brackets, the thermal shield providing a contiguous wall around a hot air area above the hot aisle enclosure area at a height above the two separated rows of cage cabinets to define a warm exhaust channel that traps the heated air within the hot aisle enclosure area and causes substantially all the heated air within the hot aisle enclosure area to rise up within the warm exhaust channel, wherein the contiguous wall fully surrounds the hot aisle enclosure area from above the at least one cluster of cage cabinets; a warm air escape channel (shown with red arrows in Lunavi's promotional materials) disposed above the warm exhaust channel, the warm air escape channel feeding the heated air to the plurality of air conditioning units, wherein the warm air escape channel is bounded at a bottom by a ceiling that provides a barrier to prevent the heated air from passing therebelow, wherein an opening exists in the ceiling corresponding to the warm exhaust channel through which the heated air passes, and wherein a top edge of the thermal shield extends from the ceiling to the cage cabinets to further prevent the heated air from escaping; and a cool air channel (shown with blue arrows in Lunavi's promotional materials) that connects between the air conditioning system and the cold aisle, the cool air channel delivering cool air from the plurality of air conditioning units to the cool aisle.

71.    As shown in the image below, Lunavi's Orangeburg, New York data center similarly practices claim 1 of the '455 patent:

- 27 -



Source: https://www.youtube.com/watch?v=geCjQN-zeDk at 1:57 (last visited Nov. 3, 2020).

72.     Lunavi's Orangeburg, New York data center infringes claim 1 of the '455 patent because it includes a facility for maintaining electronic equipment (e.g., servers) disposed in at least one cluster of cage cabinets at a cool temperature using a plurality of air conditioning units, the at least one cluster of cage cabinets positioned in a back-to-back configuration in two separated rows so that the electronic equipment disposed therein emit heated air in a predetermined direction from the cage cabinets to establish a hot aisle enclosure area (i.e., the space formed within the cabinet enclosure where the cabinets emit the hot air from the electronic equipment) between the two separate rows of cage cabinets, and an opposite side of the cage cabinets each establishing a cold aisle, the plurality of air conditioning units receiving heated air and emitting cooled air, the facility comprising: a floor on which the plurality of cage cabinets are disposed, wherein the at least one cluster of cage cabinets is disposed in the two separated rows to establish the hot aisle enclosure area, the floor being within a space that has walls that define a room; a plurality of

- 28 -

support brackets (e.g., the frame elements for the panels above the cabinets) disposed along each of the two rows of the at least one cluster of cage cabinets, so that a portion of each of the support bracket is disposed above the at least one cluster of cage cabinets; a thermal shield (the semi-transparent panels in both the figure and photograph) supported by the portion of at least some of the plurality of support brackets, the thermal shield providing a contiguous wall around a hot air area above the hot aisle enclosure area at a height above the two separated rows of cage cabinets to define a warm exhaust channel that traps the heated air within the hot aisle enclosure area and causes substantially all the heated air within the hot aisle enclosure area to rise up within the warm exhaust channel, wherein the contiguous wall fully surrounds the hot aisle enclosure area from above the at least one cluster of cage cabinets; a warm air escape channel (shown with red arrows in Lunavi's promotional materials) disposed above the warm exhaust channel, the warm air escape channel feeding the heated air to the plurality of air conditioning units, wherein the warm air escape channel is bounded at a bottom by a ceiling that provides a barrier to prevent the heated air from passing therebelow, wherein an opening exists in the ceiling corresponding to the warm exhaust channel through which the heated air passes, and wherein a top edge of the thermal shield extends from the ceiling to the cage cabinets to further prevent the heated air from escaping; and a cool air channel (shown with blue arrows in Lunavi's promotional materials) that connects between the air conditioning system and the cold aisle, the cool air channel delivering cool air from the plurality of air conditioning units to the cool aisle.

73.    Accordingly, Lunavi's data centers include structures that meet each and every element of at least one claim of the '455 patent either literally or under the doctrine of equivalents.

74.    Lunavi has had knowledge and notice of the '455 Patent and its infringement since at least the filing and service of the Complaint, and despite this knowledge continues to commit

- 29 -

the aforementioned infringing acts.

75.    On information and belief, Lunavi also had pre-suit knowledge and notice of the '455 Patent and its infringement because Switch specifically identified the patent in its March 11, 2020 letter to Lunavi, and Lunavi's outside counsel spent several months reviewing Switch's patents.

76.    Lunavi's past and continued acts of infringement of the '455 Patent have caused damages to Switch.  Thus, Switch is entitled to recover damages from Lunavi in an amount to be determined at trial, including but not limited to lost profits, but in no event less than a reasonable royalty for Lunavi's infringement together with interest and costs as fixed by the Court pursuant to 35 U.S.C. § 284.

77.    Upon information and belief, such infringement has been, and will continue to be willful, and upon further belief, Lunavi lacks any reasonable invalidity or non-infringement defense making this case exceptional and entitling Switch to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

78.    Defendant's ongoing infringement of the '455 patent has caused and will continue to cause irreparable harm to Switch unless and until the Court enters an injunction prohibiting the Defendant from engaging in further acts of infringement.

### Count IV: Infringement of U.S. Patent No. 8,523,643

79.    Switch repeats and realleges the allegations contained in paragraphs 1-78 above.

80.    On information and belief, Defendant either directly or indirectly through subsidiaries or intermediaries under its direction and control, makes, uses, sells, offers to sell, and/or imports structures that infringe one or more claims of the '643 Patent, literally and/or under the doctrine of equivalents.

- 30 -

KILPATRICK TOWNSEND 74518470 1

81.   Lunavi's data centers infringe at least one claim of the '643 patent. For example, Claim 1 of the '643 patent recites the following limitations:

1. A facility with an internal area and an external area in an external environment for maintaining electronic equipment disposed in a plurality of cabinet clusters in the internal area at a cool temperature, the facility comprising: a building that includes an exterior load wall separating the internal area and the external area; a plurality of exterior wall openings in the exterior load wall; a floor within the internal area of the building on which the plurality of cabinet clusters are disposed; a plurality of cabinets for holding the electronic equipment therein, the plurality of cabinets positioned in a plurality of rows within each of a plurality of cabinet clusters so that the electronic equipment disposed within the cabinets emit heated air from the cabinets in each row of each cabinet cluster toward a central hot air area associated with each cabinet cluster; a plurality of support brackets within each cabinet cluster, disposed along each of the plurality of rows, that together provide support for distribution power wiring and conduits, and communication wiring, wherein a portion of each of the support brackets is disposed above the plurality of cabinets within each cabinet cluster, and wherein some of the distribution power wiring and conduits string across other cabinets in other cabinet clusters; a thermal shield supported by the at least some of the plurality of support brackets within each cabinet cluster, the thermal shield providing a contiguous wall around the central hot air area and defining a hot air containment chamber that traps the heated air within the central hot air area and causes substantially all the heated air within the central hot air area to rise up within the hot air containment chamber for each cabinet cluster; a plurality of air conditioning units disposed in the external area outside the building that each receive heated air, emit cooled air, and emit vented air, wherein the vented air is released into the external environment; a warm air escape gap within the building disposed above the hot air containment

- 31 -

chamber, the warm air escape gap feeding the heated air to the plurality of air conditioning units, the warm air escape gap being lowerly bounded by a false ceiling; cool air ducts within the building that couple to the plurality of air conditioning units and extend to cold aisles, the cool air ducts being disposed below the false ceiling and delivering cool air from the plurality of air conditioning units toward the plurality of rows of cabinets within each of the plurality of cabinet clusters; and warm air connectors and cool air duct connectors that respectively connect the warm air escape gap and the cold air ducts to the plurality of air conditioning units, and which pass through the plurality of exterior wall openings, wherein the plurality of rows within each cabinet cluster is two separated rows disposed in a back-to-back configuration, thereby establishing the central hot air area in between the two separated rows, such that the electronic equipment therein emit the heated air through a backside of the cabinet toward the central hot air area; and wherein the false ceiling provides a barrier to prevent the heated air from passing therebelow, and wherein an opening exists in the false ceiling corresponding to the hot air containment chamber through which the heated air passes, and wherein a top edge of the thermal shield for each cabinet cluster connects to the false ceiling to further prevent the heated air from escaping.

82. The promotional photograph below from Lunavi's website shows how Lunavi maintains servers (i.e., electronic equipment) within clusters of cabinets configured in back-to-back rows each of which has a thermal shield (including the semi-transparent panels supported by black brackets visible in the photograph) and support brackets extending upward from the top of the cabinets:

- 32 -



Source:  https://www.lunavi.com/data-center/colocation-services  (last visited Nov. 17, 2020).

83.     The still images below captured from promotional videos on Lunavi's YouTube channel (published by Lunavi while formerly known as Green House Data), shows how Lunavi maintains air conditioning units outside the building that receive heated air from warm air connectors and emit cooled air through cool air duct connectors:



Source: https://www.youtube.com/watch?v=iiSu8VohlV0 at 1:49 to 2:24

- 33 -



Source: https://www.youtube.com/watch?v=yhsHmtW5QFw at 2:52



Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 2:27 to 2:30

84.    As shown with greater detail in, for example, the promotional materials (below) for Lunavi's Cheyenne, Wyoming data center (published by Lunavi while formerly known as Green House Data), Lunavi's data centers arrange cabinets into structures for managing heat emitted by electronic equipment within the cabinets, wherein cabinet clusters are formed from rows of cabinets, and placed in the internal area of the facility to establish a "hot aisle" enclosure area within the cabinet cluster through which hot air is vented from the electronic equipment (as depicted with the red arrows below):

- 34 -



Green House Data - Cheyenne 2 Data Center Facility

10,632 views • Nov 25, 2014                    👍 12   👎 1     → SHARE   ≡+ SAVE   •••

Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 2:35 (last visited Nov. 3, 2020).

85.     As shown above, Lunavi's data centers also include a warm air escape gap lowerly bounded by a false ceiling allowing heated air to flow through warm air connectors to air conditioning units which then deliver cool air through cool air ducts to the cold aisle (see blue arrows and annotations above) outside of each cluster of cabinets.

86.     As also shown in the image above, the thermal shield above the cabinets forms a hot air containment chamber through which hot air from the central hot air area rises through a top edge of the thermal shield and an opening in the false ceiling which provides a barrier to prevent the heated air from passing below, as shown by the red arrows in the figure.

87.     The electronic equipment within the cabinets is shown more clearly in the image below from the same promotional video:

- 35 -



Green House Data - Cheyenne 2 Data Center Facility

10,632 views • Nov 25, 2014

Source: https://www.youtube.com/watch?v=zufUWIt-SrY at 1:34 (last visited Nov. 3, 2020).

88.    The images below show further evidence of support brackets along the rows which support the thermal shield and wiring and conduits for distribution power, electronic equipment power, and communications:



- 36 -



Source: https://www.youtube.com/watch?v=yhsHmtW5QFw at 0:00 to 0:04 (last visited November 3, 2020).

89.    Thus, Lunavi's Cheyenne, Wyoming data center, for example, infringes claim 1 of the '643 patent because it includes a facility with an internal area and an external area in an external environment for maintaining electronic equipment (e.g., servers) disposed in a plurality of cabinet clusters in the internal area at a cool temperature, the facility comprising: a building that includes an exterior load wall separating the internal area and the external area; a plurality of exterior wall openings in the exterior load wall; a floor within the internal area of the building on which the plurality of cabinet clusters are disposed; a plurality of cabinets for holding the electronic equipment therein, the plurality of cabinets positioned in a plurality of rows within each of a plurality of cabinet clusters so that the electronic equipment disposed within the cabinets emit heated air from the cabinets in each row of each cabinet cluster toward a central hot air area associated with each cabinet cluster; a plurality of support brackets (e.g., the frame elements for the panels above the cabinets) within each cabinet cluster, disposed along each of the plurality of rows, that together provide support for distribution power wiring and conduits, and communication wiring, wherein a portion of each of the support brackets is disposed above the plurality of cabinets

- 37 -

within each cabinet cluster, and wherein some of the distribution power wiring and conduits string across other cabinets in other cabinet clusters; a thermal shield (the semi-transparent panels in both the figure and photograph) supported by the at least some of the plurality of support brackets within each cabinet cluster, the thermal shield providing a contiguous wall around the central hot air area and defining a hot air containment chamber that traps the heated air within the central hot air area and causes substantially all the heated air within the central hot air area to rise up within the hot air containment chamber for each cabinet cluster; a plurality of air conditioning units disposed in the external area outside the building that each receive heated air, emit cooled air, and emit vented air, wherein the vented air is released into the external environment; a warm air escape gap (shown with red arrows in Lunavi's promotional materials) within the building disposed above the hot air containment chamber, the warm air escape gap feeding the heated air to the plurality of air conditioning units, the warm air escape gap being lowerly bounded by a false ceiling; cool air ducts within the building that couple to the plurality of air conditioning units and extend to cold aisles, the cool air ducts (shown with blue arrows in Lunavi's promotional materials) being disposed below the false ceiling and delivering cool air from the plurality of air conditioning units toward the plurality of rows of cabinets within each of the plurality of cabinet clusters; and warm air connectors and cool air duct connectors that respectively connect the warm air escape gap and the cold air ducts to the plurality of air conditioning units, and which pass through the plurality of exterior wall openings, wherein the plurality of rows within each cabinet cluster is two separated rows disposed in a back-to-back configuration, thereby establishing the central hot air area in between the two separated rows, such that the electronic equipment therein emit the heated air through a backside of the cabinet toward the central hot air area; and wherein the false ceiling provides a barrier to prevent the heated air from passing therebelow, and wherein an opening exists

- 38 -

KILPATRICK TOWNSEND 74518470 1

in the false ceiling corresponding to the hot air containment chamber through which the heated air passes, and wherein a top edge of the thermal shield for each cabinet cluster connects to the false ceiling to further prevent the heated air from escaping.

90.    As shown in the image below, Lunavi's Orangeburg, New York data center similarly infringes claim 1 of the '643 patent:



Source: https://www.youtube.com/watch?v=geCjQN-zeDk at 1:57 (last visited Nov. 3, 2020).

91.    Lunavi's Orangeburg, New York data center infringes claim 1 of the '643 patent because it includes a facility with an internal area and an external area in an external environment for maintaining electronic equipment (e.g., servers) disposed in a plurality of cabinet clusters in the internal area at a cool temperature, the facility comprising: a building that includes an exterior load wall separating the internal area and the external area; a plurality of exterior wall openings in the exterior load wall; a floor within the internal area of the building on which the plurality of cabinet clusters are disposed; a plurality of cabinets for holding the electronic equipment therein,

- 39 -

the plurality of cabinets positioned in a plurality of rows within each of a plurality of cabinet clusters so that the electronic equipment disposed within the cabinets emit heated air from the cabinets in each row of each cabinet cluster toward a central hot air area (i.e., the space formed within the cabinet enclosure where the cabinets emit the hot air from the electronic equipment) associated with each cabinet cluster; a plurality of support brackets (e.g., the frame elements for the panels above the cabinets) within each cabinet cluster, disposed along each of the plurality of rows, that together provide support for distribution power wiring and conduits, and communication wiring, wherein a portion of each of the support brackets is disposed above the plurality of cabinets within each cabinet cluster, and wherein some of the distribution power wiring and conduits string across other cabinets in other cabinet clusters; a thermal shield (the semi-transparent panels in both the figure and photograph) supported by the at least some of the plurality of support brackets within each cabinet cluster, the thermal shield providing a contiguous wall around the central hot air area and defining a hot air containment chamber that traps the heated air within the central hot air area and causes substantially all the heated air within the central hot air area to rise up within the hot air containment chamber for each cabinet cluster; a plurality of air conditioning units disposed in the external area outside the building that each receive heated air, emit cooled air, and emit vented air, wherein the vented air is released into the external environment; a warm air escape gap (shown with red arrows in Lunavi's promotional materials) within the building disposed above the hot air containment chamber, the warm air escape gap feeding the heated air to the plurality of air conditioning units, the warm air escape gap being lowerly bounded by a false ceiling; cool air ducts within the building that couple to the plurality of air conditioning units and extend to cold aisles, the cool air ducts (shown with blue arrows in Lunavi's promotional materials) being disposed below the false ceiling and delivering cool air from the plurality of air conditioning units

- 40 -

toward the plurality of rows of cabinets within each of the plurality of cabinet clusters; and warm air connectors and cool air duct connectors that respectively connect the warm air escape gap and the cold air ducts to the plurality of air conditioning units, and which pass through the plurality of exterior wall openings, wherein the plurality of rows within each cabinet cluster is two separated rows disposed in a back-to-back configuration, thereby establishing the central hot air area in between the two separated rows, such that the electronic equipment therein emit the heated air through a backside of the cabinet toward the central hot air area; and wherein the false ceiling provides a barrier to prevent the heated air from passing therebelow, and wherein an opening exists in the false ceiling corresponding to the hot air containment chamber through which the heated air passes, and wherein a top edge of the thermal shield for each cabinet cluster connects to the false ceiling to further prevent the heated air from escaping.

92.     Accordingly, Lunavi's data centers include structures that meet each and every element of at least one claim of the '643 patent either literally or under the doctrine of equivalents.

93.     Lunavi has had knowledge and notice of the '643 Patent and its infringement since at least the filing and service of the Complaint, and despite this knowledge continues to commit the aforementioned infringing acts.

94.     On information and belief, Lunavi also had pre-suit knowledge and notice of the '643 Patent and its infringement because Switch specifically identified the patent in its March 11, 2020 letter to Lunavi, and Lunavi's outside counsel spent several months reviewing Switch's patents.

95.     Lunavi's past and continued acts of infringement of the '643 Patent have caused damages to Switch.  Thus, Switch is entitled to recover damages from Lunavi in an amount to be determined at trial, including but not limited to lost profits, but in no event less than a reasonable

KILPATRICK TOWNSEND 74518470 1

royalty for Lunavi's infringement together with interest and costs as fixed by the Court pursuant to 35 U.S.C. § 284.

96.     Upon information and belief, such infringement has been, and will continue to be willful, and upon further belief, Lunavi lacks any reasonable invalidity or non-infringement defense making this case exceptional and entitling Switch to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

97.     Defendant's ongoing infringement of the '643 patent has caused and will continue to cause irreparable harm to Switch unless and until the Court enters an injunction prohibiting the Defendant from engaging in further acts of infringement.

## PRAYER FOR RELIEF

WHEREFORE, Switch demands judgment in its favor and against the Defendant and relief as follows:

1.     Judgment under 35 U.S.C. § 271 that Defendant infringes one or more of the valid claims of the Asserted Patents;

2.     Damages under 35 U.S.C. § 284 adequate to compensate Switch for Defendant's infringement of the Asserted Patents, including lost profit damages, but not less than a reasonable royalty;

3.     That the Court find Defendant's acts of infringement willful and award treble damages for such willful infringement pursuant to 35 U.S.C. § 284;

4.     A finding that this case is exceptional pursuant to 35 U.S.C. § 285;

5.     An award of Switch's attorneys' fees incurred in this action pursuant to 35 U.S.C. § 285;

6.     An award of costs and pre- and post-judgment interest on Switch's compensatory

- 42 -

damages;

7.     A permanent injunction against Defendant to prevent further infringement of the

Asserted Patents; and

8.     All other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Switch demands a trial by jury pursuant to Fed. R. Civ. P. 38 on all issues so triable.

DATED:  February 19,  2021                           Respectfully submitted,

                                                **KILPATRICK TOWNSEND & STOCKTON LLP**

By:     */s/ Frederick L. Whitmer*
        FREDERICK L. WHITMER (FW8888)
        MEGAN E. BUSSEY (MB1220)
        The Grace Building
        1114 Avenue of the Americas
        New York, NY 10036
        Telephone:  (212) 775-8700
        Facsimile:   (212) 775-8800
        Email:  fwhitmer@kilpatricktownsend.com
                  mbussey@kilpatricktownsend.com

        Samuel D. Castor (NV Bar No. 11532)
        Lynnel M. Reyes (NV Bar No. 14604)
        7135 S. Decatur Boulevard
        Las Vegas, NV 89118
        Telephone: (702) 444-4111
        E-mail: policy@switch.com
        *PRO HAC VICE APPLICATIONS FORTHCOMING*
        *Attorneys for Plaintiff*
        SWITCH, LTD.

OF COUNSEL

MANSI H. SHAH (*pro hac vice application forthcoming*)
MATTHEW J. MEYER (*pro hac vice application forthcoming*)
**KILPATRICK TOWNSEND & STOCKTON LLP**

- 43 -

KILPATRICK TOWNSEND 74518470 1

- 44 -

1080 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 326-2400
Facsimile:   (650) 326-2422
Email: mhshah@kilpatricktownsend.com
        mmeyer@kilpatricktownsend.com

KATHLEEN R. GEYER (*pro hac vice application forthcoming*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Avenue
Seattle, WA 98101
Menlo Park, CA 94025
Telephone:  (206) 516-3094
Facsimile:   (206) 299-3458
Email:  kgeyer@kilpatricktownsend.com

- 44 -