IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LUNAVI, INC., a Wyoming corporation; GREEN HOUSE DATA, INC., a Wyoming corporation,<br><br>Defendants. | Civil Action No. 0:21-cv-00147-ABJ<br><br>DEMAND FOR JURY TRIAL |

## UNOPPOSED MOTION TO AMEND THE COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 15.1, Plaintiff, Switch, Ltd. ("Switch") hereby moves to file a First Amended Complaint to add Fifteenfortyseven Critical Systems Realty LLC and James Todd Raymond as defendants. Attached hereto is a copy of Switch's proposed First Amended Complaint (Exhibit 1) and a redline comparison showing changes from the Original Complaint (D.I. 1) (Exhibit 2).

Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading [] with the opposing party's consent." Pursuant to Local Rule 7.1(b)(A) and 15.1, the parties have met and conferred orally by telephone on September 26, 2021, and Defendants Lunavi, Inc., formerly known as Green House Data, Inc., have no objection to the filing of the First Amended Complaint.

- 1 -

DATED: October 7, 2021   Respectfully submitted,

By: */s/ Frederick L. Whitmer*
FREDERICK L. WHITMER (Admitted P*ro Hac Vice*)
MEGAN E. BUSSEY (Admitted P*ro Hac Vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800
Email:  fwhitmer@kilpatricktownsend.com
    mbussey@kilpatricktownsend.com

MANSI H. SHAH (Admitted P*ro Hac Vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1080 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 326-2400
Facsimile:   (650) 326-2422
Email: mhshah@kilpatricktownsend.com

and

Alaina Stedillie
(Wyoming Bar No. 6-4327)
**CROWLEY FLECK, PLLP**
111 W. 2nd Street, Suite 220
Casper, WY 82601
(307) 265-2279
Email: astedillie@crowleyfleck.com

*Attorneys for Plaintiff*
SWITCH, LTD.

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, a true and correct copy of the foregoing document was filed electronically with the Court's CM/ECF system and was thereby served on all counsel of record upon the transmission of the Notice of Electronic Filing.

>    */s/ Frederick L. Whitmer*
>    FREDERICK L. WHITMER

KILPATRICK TOWNSEND 75240054 2