FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 FEB 11 AM 10: 20
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

SWITCH, LTD., a Nevada limited liability company,

Plaintiff,

v.

LUNAVI, INC., a Wyoming corporation; GREEN HOUSE DATA, INC., a Wyoming corporation, FIFTEENFORTYSEVEN CRITICAL SYSTEMS REALTY LLC., a New Jersey corporation, JAMES TODD RAYMOND, an individual,

Defendants.

**Civil Action No. 0:21-cv-00147-ABJ**

**DEMAND FOR JURY TRIAL**

# ORDER GRANTING STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS, FIFTEENFORTYSEVEN CRITICAL SYSTEMS REALTY LLC AND JAMES TODD RAYMOND

IT IS HEREBY ORDERED that the stipulated motion of Plaintiff, Switch, Ltd. ("Switch") and Defendants, Fifteenfortyseven Critical Systems Realty LLC ("1547") and James Todd Raymond ("Raymond"), to dismiss all claims against Defendants 1547 and Raymond, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), without prejudice, with each party to bear its own attorneys' fees, expenses, and costs, is GRANTED.

Defendants 1547 and Raymond's Motion to Dismiss (Dkt. 61) is rendered moot by way of the parties instant Stipulated Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: February 11, 2022

By: Alan B. Johnson
Alan B. Johnson
United States District Judge