FILED
UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
10:00 am, 9/19/22
Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LUNAVI, INC., a Wyoming corporation; GREEN HOUSE DATA, INC., a Wyoming corporation,<br><br>Defendants. | Civil Action No. 0:21-cv-00147-ABJ |

## ORDER GRANTING STIPULATED MOTION OF DISMISSAL

IT IS HEREBY ORDERED that the stipulated motion of Plaintiff, Switch, Ltd. and Defendants, Lunavi, Inc., f/k/a/ Green House Data, Inc., to dismiss this action *with prejudice*, including all claims and counterclaims against all remaining parties, with each party to bear its own attorneys' fees, expenses, and costs is GRANTED.

**IT IS SO ORDERED.**

Dated: September 16, 2022

By: Alan B. Johnson
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE